## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Bankruptcy No. 13 B 08456 |
| ARIANA GUTIERREZ, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Honorable Donald R. Cassling |

## FINAL PRETRIAL ORDER
### RE: Trustee's Motion for Sanctions (Docket # 56)

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare **and file** with the court on or before July 11, 2014, **a joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds; and
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before July 11, 2014, each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit shall be pre-marked, e.g., "Trustee's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial/Evidentiary hearing is set for July 16, 2014 at 10:00 a.m. in Courtroom 619, 219 South Dearborn Street, Chicago, Illinois 60604.

**ENTERED:**

DATE: **13 JUN 2014**

**Donald R. Cassling**
**United States Bankruptcy Judge**